April 7, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

FIRST TRANSIT, INC. AND HOLLIS SILMON, Appellants

NO. 14-14-00063-CV                    V.

HECTOR ALFARO, DAN TOLTECATL, INDIVIDUALLY AND A/N/F OF
D.I.T AND A/N/F D.T., AND DAVID CANTU, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Hector Alfaro, Dan Toltecatl, Individually and a/n/f of D.I.T and a/n/f D.T., and David Cantu, signed October 22, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, First Transit, Inc. and Hollis Silmon, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.